UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED, INC. a
Florida not for profit corporation, and PAT
KENNEDY, Individually,           CASE NO.:    8:11-cv-1034-T-23EAJ

      Plaintiffs,

v.

SYMONS SAYS, INC.

      Defendant.
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE OF PLAINTIFFS' COMPLAINT**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between the Plaintiffs, ACCESS FOR THE DISABLED, INC. and PAT KENNEDY, and the Defendant, SYMONS SAYS, INC., by and through their undersigned counsel that the parties hereby jointly request entry of a final judgment dismissing this case, and all claims that were raised or could have been raised, with prejudice, each party to bear their own attorneys' fees and costs.

WHEREFORE, the parties respectfully request that the Court enter an Order dismissing that action in its entirety with prejudice, with each party bearing its own attorneys' fees and costs, pursuant to this jointly submitted stipulation.

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted this 25th day of July, 2012.

*/s/ Philip Michael Cullen, III, Esq.*       */s/ Jeffrey W. Gibson, Esq.*
_____        _____
Philip Michael Cullen, III, Esquire      Jeffrey W. Gibson, Esquire
Florida Bar. No. 167853      Fla. Bar No. 0568074
THOMAS B. BACON, P.A.      MACFARLANE FERGUSON &
621 South Federal Highway, Suite Four      McMULLEN
Fort Lauderdale, FL 33301      Post Office Box 1531
E-Mail:  Cullen@thomasbaconlaw.com      Tampa, Florida 33601
Telephone:  (954) 462-0600      E-Mail:  jg@macfar.com
Facsimile:  (954) 462-1717      Telephone: (813) 273-4200
*Counsel for Plaintiffs*      Facsimile:  (813) 273-4396
     *Attorneys for Defendants*